# SHER TREMONTE LLP

April 6, 2018

**BY FAX AND ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



Re: *United States v. Alexander Neumeister*
Case No. 17-CV-9287 (AKH)

Dear Judge Hellerstein:

We represent Alexander Neumeister, the defendant in the above-referenced action. On March 27, 2018, Your Honor granted a request, made on consent of the government, to adjourn the answer deadline in this case until April 30, 2018. The Court had previously scheduled an initial conference on this matter for April 13, 2018. In light of our ongoing discussions with the government about resolving this case and its companion criminal case, 17-MJ-8556, we respectfully request that the Court adjourn the initial conference until after the answer deadline. The government consents to the proposed adjournment.

We appreciate the Court's consideration.

Respectfully submitted,

So Ordered. The conf.
is adjourned until May 4, 2018
@ 10:00 a.m.

4/9/2018

/s/
Justine A. Harris
Noam Biale
SHER TREMONTE LLP

*Attorneys for Alexander Neumeister*

cc: AUSA Christopher Harwood (by ECF)
AUSA Anthony Sun (by ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/18

90 Broad Street | 23rd Floor | New York, NY 10004
www.shertremonte.com | tel. 212.202.2600 | fax. 212.202.4156